JUDITH DROZ KEYES (CA State Bar No. 66408)
MICHAEL A. APARICIO (CA State Bar No. 206300)
MARC G. FERNANDEZ (CA State Bar No. 254261)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:            jkeyes@dwt.com
Email:            maparicio@dwt.com
Email:            marcfernandez@dwt.com

Attorneys for
Defendant KAISER FOUNDATION HOSPITALS


ELLEN C. DOVE (CA State Bar No. 64034)
5325 Elkhorn Blvd., #160
Sacramento, CA 95842
Telephone:     (916) 331-0111
Facsimile:      (916) 726-8576
Email:            edove3136@aol.com

Attorneys for PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN ZEPHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HOSPITAL, KIMBERLY LARSON, M.D., FRANK HARRISON, JEREMY ROSENBERG, and DOES 1-20,<br><br>　　　　　Defendants. | Case No. 2:14-cv-02540 JAM EFB<br><br>**STIPULATION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT, AND TO ESTABLISH RELATED DEADLINES;  ORDER**<br><br>Complaint Filed: October 29, 2014 |

WHEREAS, Plaintiff filed her Complaint on October 29, 2014 and served Defendant Kaiser Foundation Hospitals (KFH) on December 16, 2014.  The three individual defendants have not been served or made an appearance.

WHEREAS, The Parties stipulated (pursuant to Local Rule 143) to an extension for KFH to respond to the Complaint, in order to give the parties time to meet and confer regarding pleading issues that would otherwise be raised by motion practice.  The current deadline for KFH to file a response to the Complaint is February 3, 2015.

WHEREAS, the Parties have met and conferred via written correspondence, and as a result, Plaintiff intends to amend her Complaint to address some or all of the pleadings issues raised by KFH.  However, Plaintiff's counsel has just completed a trial in Riverside County and leaves for Orange County on February 3, 2015, and will not be able to prepare a thoughtful amendment in the time presently available.

WHEREAS, in accordance with Federal Rule of Civil Procedure 15(a), KFH agrees that Plaintiff should have leave to amend her Complaint;

WHEREAS, for efficiency and to avoid unnecessary expense, KFH wishes to avoid preparing motions to dismiss as to the original Complaint if Plaintiff is going to amend that Complaint in the coming weeks; however, due to the current timing, KFH cannot reasonably delay preparing its papers until Plaintiff's counsel is available.

NOW, THEREFORE, the Parties stipulate and agree:

1. Pursuant to Federal Rule of Civil Procedure 15(a), KFH agrees that Plaintiff should have leave to amend her Complaint;

2. Plaintiff will file her amended complaint, if any, no later than February 17, 2015; and

3. Defendant KFH shall have an additional two weeks to respond to the current Complaint in the event that Plaintiff does not file an amended complaint as currently contemplated; this new deadline is March 3, 2015.

//

//

//

2

STIPULATION TO AMEND PLAINTIFF'S COMPLAINT
Case No. 2:14-cv-02540 JAM EFB
DWT 25970976v3 0086386-000140

Pursuant to Local Civil Rule 143, the Parties request the Court to approve this Stipulation as an Order of the Court.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: January 26, 2015        DAVIS WRIGHTTREMAINE LLP
　　　　　　　　　　　　　　　JUDITH DROZ KEYES
　　　　　　　　　　　　　　　MICHAEL A. APARICIO
　　　　　　　　　　　　　　　MARC G. FERNANDEZ


By:  /s/ Marc G. Fernandez_____
     Marc G. Fernandez

Attorneys for
KAISER FOUNDATION HOSPITAL


DATED: January 26, 2015

By:    /s/ Ellen C. Dove_____
       (as authorized on 1/26/2015)
       Ellen C. Dove

Attorneys for PLAINTIFF


### **ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

DATED:  January 26, 2015        /s/ John A. Mendez_____
                                JOHN A. MENDEZ
                                United States District Court Judge