IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN ZEPHER,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITAL, KIMBERLY LARSON, M.D., FRANK HARRISON, JEREMY ROSENBERG, and DOES 1-20,<br><br>    Defendants. | Case No. 2:14-cv-02540 JAM EFB<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>Date: August 19, 2015<br>Time: 9:30 a.m.<br>Courtroom: 6<br><br>Assigned to the Hon. John A. Mende<br>Complaint filed: December 16, 2014<br>Amended Complaint filed: February 16, 2015<br>Second Amended Complaint filed: June 16, 2015 |

DAVIS WRIGHT TREMAINE LLP

Defendant KAISER FOUNDATION HOSPITALS' ("Defendant") Motion for Summary Judgment came on for hearing on August 19, 2015 in Courtroom 6 before the Honorable John A. Mendez.

Having reviewed and considered the motion and all other papers submitted and having heard the arguments of the parties, if any, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Defendant's Motion for Summary Judgment is GRANTED in its entirety.

IT IS SO ORDERED.

DATED: August 19, 2015

HON. JOHN A. MENDEZ
United States District Court Judge